Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA, | ) Case No. 2:10-CV-09396-DSF-FFM |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| ARS NATIONAL SERVICES, INC., | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 26th day of January, 2011.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 26th day of January, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 26th day of January, 2011, via the ECF system to:

Honorable Dale S. Fischer
Judge of the United States District Court
Central District of California

Copy sent via mail on this 26th day of January, 2011, to:

Cassandra Benedetti
ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92025


By: s/Todd M. Friedman
    Todd M. Friedman

Notice of Dismissal - 2